■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH SMITH, Appellant. [618 NYS2d 216] —Judgment, Supreme Court, Bronx County (John Stackhouse, J.), rendered May 13, 1991, after a jury trial, convicting defendant of burglary in the second and third degrees (2 counts of the latter), criminal possession of a weapon in the fourth degree, and criminal mischief in the fourth degree, and sentencing him as a second felony offender to concurrent terms of 7½ to 15 years, 3½ to 7 years, 3½ to 7 years, 1 year and 1 year, respectively, unanimously affirmed.

Review of the transcript leads us to conclude that the defendant had been present during the *Sandoval* hearing. To whatever extent an ambiguity exists in the minutes, it was defendant's burden to demonstrate record evidence of his absence *(People v Robinson,* 191 AD2d 523, *lv denied* 81 NY2d 1018; *see also, People v Walker,* 202 AD2d 312, *lv denied* 83 NY2d 972; *People v Brown,* 186 AD2d 356). Since we conclude that the record indicates that the defendant was present in the courtroom, at a time that the jury was not, his right to have had an opportunity to participate in the *Sandoval* hearing was protected *(see, People v Walker, supra; People v Gonzalez,* 203 AD2d 192), regardless of his actual presence at the sidebar. Concur—Wallach, J. P., Asch, Rubin and Williams, JJ.